USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/14/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                              Plaintiff,

          -against-

MICHAEL D. GISBY,

                              Defendant.

26-CV-01643 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff filed this lawsuit on February 27, 2026.  Dkt. No. 1.  On March 25, 2026, Plaintiff filed an affidavit of service indicating that a process server left the summons with Defendant's son, a "person of suitable age and discretion," at Defendant's residence on March 19, 2026.  Dkt. No. 8.  Accordingly, Defendant's deadline to answer, move against, or otherwise respond to the Complaint was April 9, 2026.  Although that deadline has passed, Defendant has failed to answer the complaint or appear in this case.

Accordingly, it is hereby ORDERED that, on or before **April 17, 2026**, Plaintiff file a letter indicating whether it has been in contact with Defendant or an attorney representing Defendant about this case.

The Court will issue an appropriate order after receiving Plaintiff's letter.

Dated: April 14, 2026
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge