```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

                              Plaintiff,

        -against-                                        26-CV-01643 (MMG)

MICHAEL D. GISBY,                                        **ORDER**

                              Defendant(s).

MARGARET M. GARNETT, United States District Judge:

On consideration of Plaintiff's letter dated April 14, 2026 (Dkt. No. 12), the Court will EXTEND Defendant's deadline to answer, move against, or otherwise respond to the Complaint until **May 11, 2026**. The parties' deadline to submit the joint letter and proposed case management plan described in the Court's Order dated March 3, 2026 (*see* Dkt. No. 7), is hereby EXTENDED until **May 25, 2026**.[1] The Initial Pre-Trial Conference currently scheduled for April 28, 2026, is hereby ADJOURNED until **Monday, June 1, 2026**, at **9:30 a.m.** The Conference will take place in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Plaintiff is ORDERED to serve a copy of this Order on Defendant or Defendant's counsel both by email if known and by a mail delivery service that provides delivery confirmation and file proof of service on the docket on or before **April 21, 2026**.

Dated: April 16, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge

---

[1] The Court hopes the parties can prepare these materials well in advance so that Plaintiff's counsel can enjoy his upcoming family trip.