Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Daniel J. Tobin
Tel: 202.661.2256
Fax: 202.661.2299
tobindj@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 15, 2026

July 9, 2026

*By Electronic Filing*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Citibank, N.A. v. Michael D. Gisby*, Civil Action No. 1:26-cv-01643-MMG

Dear Judge Garnett:

This Firm represents Plaintiff Citibank, N.A. in the referenced case. I write to respectfully request a 30-day extension of time for Plaintiff to answer or otherwise respond to the Counterclaims asserted by Defendant Michael D. Gisby in his Answer, Jury Demand, and Counterclaims, filed on June 24, 2026 (ECF No. 21).

Absent an extension, Plaintiff's response to the Counterclaims would be due on July 15, 2026. I have been in contact with Defendant's counsel, Christopher Sovak, regarding this request. Mr. Sovak has consented to a 30-day extension, through August 14, 2026, for Plaintiff to respond to the Counterclaims.

The parties' joint case management plan is currently due on July 21, and the initial pretrial conference is scheduled for July 28. I request that the Court continue these deadlines to dates convenient for the Court approximately one month after the August 14 deadline for Citibank's response to the Counterclaims.

This is Plaintiff's first request for an extension of this deadline, and it will not affect any other date currently scheduled in this matter. Thank you for your consideration.

Respectfully submitted,

*/s/ Daniel J. Tobin*

Daniel J. Tobin
Counsel for Plaintiff

cc: Christopher John Sovak *(Via ECF)*

GRANTED. Plaintiff's deadline to answer, respond, or move against Defendant's counterclaims is hereby EXTENDED until **August 14, 2026**. The July 28, 2026 Initial Pretrial Conference is hereby ADJOURNED until **September 22, 2026**, at **9:30 a.m.** The conference will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 11101. The deadline for the parties to file the joint letter and proposed case management plan described in the Court's March 3, 2026 Order (Dkt. No. 7) is hereby EXTENDED until **September 15, 2026**. No party should expect any further extension of these deadlines.

SO ORDERED. Dated July 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE